```
┌─────────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA           │
│                CIVIL DOCKET ENTRIES FOR CASE A00-0002--CV (JKS)             │
│                 "FOREST SERVICE EMPLOYEES V U.S. FOREST SERVIC"             │
├─────────────────────────────────────────────────────────────────────────────┤
│              Including terminated parties, excluding terminated counsel     │
└─────────────────────────────────────────────────────────────────────────────┘
```

   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 01/07/00
             Closed: 08/07/00

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (893) Environmental Matters

             Origin: (5) Transferred
             Demand:
         Filing fee: Waived
           Trial by:


Parties of Record:                         Counsel of Record:
─────────────────────────────────────────────────────────────────────────────

PLF 1.1          FOREST SERVICE EMPLOYEES FOR     James B. Dougherty
                 ENVIRONMENTAL ETHICS             709 3rd Avenue SW
                                                  Washington, DC 20024
                                                  202-448-1140
                                                  FAX 202-484-1789

DEF 1.1          U.S. FOREST SERVICE              Bruce M. Landon
                                                  U.S. Department of Justice
                                                  801 B Street, Suite 504
                                                  Anchorage, AK 99501-3657
                                                  907-271-5452

                                                  Lori Caramanian
                                                  U.S. Department of Justice
                                                  Ben Franklin Station
                                                  POB 663
                                                  Washington, DC 20044-0663


DEF 2.1          DOMBECK, MICHAEL P.              Bruce M. Landon
                                                  (see above)

                                                  Lori Caramanian
                                                  (see above)

```
┌─────────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│                  CIVIL DOCKET ENTRIES FOR CASE A00-0002--CV (JKS)           │
│                  "FOREST SERVICE EMPLOYEES V U.S. FOREST SERVIC"            │
├─────────────────────────────────────────────────────────────────────────────┤
│                              For all filing dates                           │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 01/07/00
            Closed: 08/07/00

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (893) Environmental Matters

            Origin: (5) Transferred
            Demand:
        Filing fee: Waived
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 32 - 1 | 01/03/00 | Cert cy Order of transfer of 98-2946 (PLF) from USDC for the District of Columbia to USDC of Alaska. |
| NOTE - 1 | 01/10/00 | Notation: all transferred documents are listed on the manual docket sheet lodge in the original file. |
| 33 - 1 | 01/10/00 | HRH Minute Order of notice of transfer & ord; plf cnsl to file joint status rpt w/in 15 days.  cc: cnsl |
| 34 - 1 | 01/18/00 | DEF 1-2 Notice of related case [J99-0013 CV (JKS)]. |
| 35 - 1 | 01/21/00 | HRH Minute Order that by agreement of the judges this case is reassigned to Judge Singleton for all further proceedings.  Use case number A00-002CV (JKS) on all future filings. cc: cnsl, Judge Singleton |
| 36 - 1 | 01/31/00 | ZZZ 1 Reponse to 1/21/00 Notice of related case at 35-1. |
| 37 - 1 | 02/01/00 | DEF 1-2 motion for extension of time until 02/08/00 to file report requested per order of 01/10/00. |
| 37 - 2 | 02/03/00 | JKS Order granting motion for extension of time until 02/08/00 to file report requested per the order of 1/10/00 (37-1). cc:cnsl |
| 38 - 1 | 02/11/00 | DEF 1-2 Joint rpt of the parties in Response to Ord. |
| 39 - 1 | 02/15/00 | JKS Minute Order re: joint scheduling rpt due by 3/14/00. cc: cnsl |
| NOTE - 2 | 03/14/00 | Notation: received via cert mail from USDC Dist of Columbia admin record consisting of 61 CD ROMS [located in box near/above file]. |
| 40 - 1 | 03/22/00 | PLF 1; DEF 1-2 Unopposed Motion for ext of time until 04/11/00 to file joint  S&P rpt. |
| 40 - 2 | 03/27/00 | JKS Order granting joint mot for ext of time at dkt 40-1.  cc: cnsl |
| 41 - 1 | 03/27/00 | ZZZ 2-5 Unopposed Motion for leave to file, out-of-time, the attached response to defs' notice of related caeses. w/atch afdvt. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A00-0002--CV (JKS)
"FOREST SERVICE EMPLOYEES V U.S. FOREST SERVIC"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 42 - | 1 | 03/30/00 | JKS Order granting unopposed motion for leave at dkt 41. cc: cnsl |
| 43 - | 1 | 03/30/00 | ZZZ 2-5 Response to defendants' notice of related cases. |
| 44 - | 1 | 04/12/00 | DEF 1-2 Joint Motion for second extension of time to file joint scheduling report until 4/21/00. |
| 44 - | 2 | 04/17/00 | JKS Order granting joint motion for ext at dkt 44-1.  cc: cnsl |
| 45 - | 1 | 04/21/00 | DEF 1-2 Joint scheduling rpt of the parties in Response to Order; plfs' opening brief due 06/26/00; defs oppo due 07/21/00; plfs' reply due 08/07/00. |
| 45 - | 2 | 04/25/00 | JKS Order approving briefing sch at dkt 45-1.  cc: cnsl |
| 46 - | 1 | 06/07/00 | DEF 1-2 Notice of lodgning of administrative record to 1999 record of decision (one set only of 2 CD-ROMs). |
| 47 - | 1 | 06/16/00 | PLF 1; DEF 1-2 Stipulation to amend scheduling order: plf's opening brief 7/17/00; defs' oppo brief 8/14/00; plf's reply 8/28/00. |
| 47 - | 2 | 06/21/00 | JKS Order approving stipulation and joint mot to amend scheduling order at dkt 47-1. Plf opening brf on merits due 7/17/00, def oppo brf due 8/14/00, plf reply due 8/28/00.  cc: cnsl |
| 48 - | 1 | 07/18/00 | PLF 1 Unopposed Motion for ext of time of 14 days to file opening brief. |
| 48 - | 2 | 07/24/00 | JWS Order granting plf's unopposed mot for ext of time at dkt 48-1.  cc: cnsl |
| 49 - | 1 | 08/01/00 | PLF 1; DEF 1-2 Stipulation of dismissal w/o prej. |
| 49 - | 2 | 08/07/00 | JKS Order granting stipulation of dismissal w/out prejudice.  cc: cnsl |